UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RICARDO S. VELAZQUEZ,**

    **Plaintiff,**

v.                                                Case No: 8:22-cv-472-MSS-AEP

**IQ DATA INTERNATIONAL, INC.,**

    **Defendant.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon review of the Stipulation of Dismissal with Prejudice, (Dkt. 14), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby

**ORDERED** that the Stipulation of Dismissal with Prejudice is **GRANTED**. This Case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is **DIRECTED** to terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of July, 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person